# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **LEAH J. JARVIS,** | )<br>) |
| Plaintiff, | ) Case No. 2:20CV00001<br>) |
| v. | ) **ORDER**<br>) |
| **ANDREW SAUL, COMMISSIONER**<br>**OF SOCIAL SECURITY,** | ) By:  James P. Jones<br>) United States District Judge<br>) |
| Defendant. | ) |

It appearing that no objections have been timely filed to the Report filed March 26, 2021, setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED; and

2. Plaintiff's Motion for Summary Judgment is DENIED and Defendant's Motion for Summary Judgment is GRANTED.

A final judgment will be entered herewith.

ENTER:   May 18, 2021

/s/  JAMES P. JONES
United States District Judge